Mark Wilson / Wilson Construction Pro se
733 Glenmere Way
Redwood City, CA 94062


FILED
APR 12 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

In re

Mark Wilson
Wilson Construction

Debtors.

-----

Mark Wilson
Wilson Construction

Plaintiff

Vs.

BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A., Epic Capital Holdings Inc., and all Persons Unknown Claiming Any Right, Title, Estate, Lien, or Interest in the Complaint adverse to Plaintiffs' title; and DOES 1 through 20, inclusive,

Defendants

Case No.: 13-30512-DM13

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO

To all parties and to their attorneys of record:

You, and each of you, will please take notice that debtor Mark Wilson, DBA Wilson Construction, hereby moves the court for an Order Voiding the purported trustee sale and subsequent trustees deed of the property located at 220 Four Ring Rd., Tahoma, California 96142, and imposing sanctions, including costs, attorney and consultant fees and punitive damages, on Bank of America, NA and Reconstruct, for violations of the automatic stay protection afforded under §11 USC 362.

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO - 1

This motion is made and based on the inherent protections granted by the automatic stay under §11 USC 362 which took effect on March 6, 2013, when movant filed a Chapter 13 bankruptcy petition, and subsequently noticed defendants of his security interests, evidenced by the Mechanics Liens recorded on the property, the attached Memorandum Of Points And Authorities in support thereof, and Declarations of Mark Wilson, filed and served here with. , and on all the pleadings, files and records herein.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Moving Party prays the Court to set this motion for hearing as soon as is available on the courts calendar. Moving Party respectfully requests the hearing to be this Monday 4/15/2013 or soon thereafter.

The movant having have received information as to the necessity and urgency for this court to shorten time for the next hearing, at which the aforementioned motion of enforcement of the automatic stay and sanctions are respectfully requested, moves for such a shortened time, due to the exigent circumstance caused by the respondant's already wanton disregard for this court's authority and jurisdiction by violating the automatic stay granted under 11 USC 362, evidenced by, misleading Plaintiff as to their intentions, and recording of a deed to a 3rd party beneficiary, and the fact that the Property is now listed for sale ,and subsequently planned for a transfer of title, further confirms motives by parties to ignore the bankruptcy stay, which without this court's action would effectively eliminate Plaintiff's likelihood to recover any value.

Plaintiff requests this court to exercise its the authority and in its capacity to curb, halt or otherwise by virtue of operation of law, mitigate, reduce or reverse damages sustained or

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO - 2

otherwise likely to sustain the irreparable harm befalling movant; to grant the motion to shorten time, enforce the automatic stay, pay Movant for reasonable expenses incurred in filing this motion, sanctions against the respondent such as the Court sees fit, punitive damages ,and such other and further relief to which the Movant may be entitled to, at law, or in equity, or both whether pled or not pled to herein and hereafter.

Respectfully Submitted,

Signature _____

Mark Wilson

Pro se

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO - 3

## Memorandum of Points and Authorities

1. Movant wishes to point out the following in support of their attached Motion:
2. An automatic stay is created upon the filing of the case. 11 U.S.C. § 362(a). A sale in violation of the automatic stay is void ab initio. Schwartz v. United States (In re Schwartz), 954 F.2d 569, 571 (9th Cir.1992). This is true even if the case is later dismissed as a bad faith filing. 40235 Washington St. Corp. v. Lusardi, 329 F.3d 1076, 1080 (9th Cir.2003), cert. denied, 540 U.S. 983, 124 S.Ct. 469, 157 L.Ed.2d 374 (2003)
3. Plaintiff holds junior liens secured against the Property, evidenced by Attached recordings (Exhibit A)
4. That A grant deed is not required to evidence a security interest in a property. Evidence of the recording of the lien is sufficient to tie the lien holder, the property, and the bankruptcy together. 11 USC 362 (a)(5) applies to this situation and creates an automatic stay when the subordinate lienor files for bankruptcy.
5. The term "legal and equitable interests of the debtor," as that term is used in the Code, includes security interests. The automatic stay provisions of the Code apply to "any act to . . . enforce against property of the debtor any lien . . . ." The foreclosure of a mortgage falls directly into this situation, and such foreclosure would be prohibited by the automatic stay where the junior lien has declared bankruptcy.
6. The court may also impose sanctions for stay violations, even if it annuls the stay at a later date. Williams v. Levi (In re Williams), 323 B.R. 691, 702 (9th Cir.BAP2005).

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO - 4

Thus, since the sale at issue occurred while the stay was in effect and occurred without the benefit of relief from stay, the sale is void.

Sincerely,

Dated this 10th day of April, 2013

_____
Mark Wilson

in pro per

EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER VOIDING TRUSTEE'S SALE AND IMPOSING SANCTIONS AND PUNITIVE DAMAGES FOR VIOLATION OF AUTOMATIC STAY, AND NOTICES THERETO - 5

| | |
|---|---|
| 1 | Proof Of Service |
| 2 | I am over the age of 18 years, employed in the city of ~~Northridge~~ *San Francisco*, county of ~~Los~~ |
| 3 | *San Francisco* ~~Angeles~~, State of CA and not a party to the action described in the attached documents. I declare |
| 4 | |
| 5 | under penalty of perjury that on 04/10/2013 a true and correct copy of this pleading was served |
| 6 | to the opposing party in the manner and at the address described below: |
| 7 | x Certified Mail |

Bank of America
Brian T. Moynihan, Chief Executive Officer
Bank of America Corporation
100 N. Tryon St.
Charlotte, NC 28255

X Mail

RECONTRUST
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
Simi Valley, CA 93063
FAX: 8667033095

Epic Capital Holdings
11211 Gold Country Blvd Ste 107
Rancho Cordova, CA 95670

Your Signature

_Christopher Morales_

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ CHARLOTTE NC 28255 |
| Certified Fee | $6.95 |
| Return Receipt Fee (Endorsement Required) | $3.10 |
| Restricted Delivery Fee (Endorsement Required) | $2.55 |
| Total Postage & Fees | $ $0.00 |

Postmark Here: 0059 APR 1 2013 15

7012 3050 0000 2677 1052

**Sent To** Bank of America, BT Moynihan CEO
**Street, Apt. No.; or PO Box No.** 100 N. Tryon Street
**City, State, ZIP+4** Charlotte, NC 28255

PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

RANCHO CORDOVA CA 95670

| | | |
|---|---|---|
| Postage | $ | $5.60 | 0059 |
| Certified Fee | | $3.10 | 15 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.70 | 04/11/2013 |

7012 3050 0000 2677 1045

Sent To: DAVID E. Schwam, EpicCapital
Street, Apt. No.; or PO Box No. 11211 Gold Country BLVD #107
City, State, ZIP+4 Rancho Cordova, Ca 95670

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SIMI VALLEY CA 93063

| | | |
|---|---|---|
| Postage | $ | $5.70 | 0059 |
| Certified Fee | | $3.10 | 15 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | APR 11 2013 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.80 | 04/11/2013 |

7012 3050 0000 2677 1038

Sent To: ReconTRUST CA6-914-01-94
Street, Apt. No.; or PO Box No. 1800 Tapo Canyon Rd
City, State, ZIP+4 Simi Valley, Ca 93063

PS Form 3800, August 2006    See Reverse for Instructions