

Signed and Filed: April 15, 2013

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Bankruptcy Case
                                         ) No. 13-30512
Mark Wilson d/b/a                        )
Wilson Construction,                     )
                                         ) Chapter 13
                    Debtor.              )
_____)

ORDER EXTENDING TIME TO FILE SCHEDULES AND SETTING A STATUS
CONFERENCE ON DEBTOR'S MOTION TO VOID TRUSTEE'S SALE AS VIOLATION
OF THE AUTOMATIC STAY

On March 6, 2013, debtor Mark Wilson d/b/a Wilson Construction ("Debtor") filed this chapter 13 case. He has filed several motions for expedited hearings on motions to void, as a violation of the automatic stay, a trustee's sale by a senior lender of property in which Debtor asserts a junior lienholder position. As the motions were not properly served, the court denied the requests to shorten time.

Debtor has now resolved the service issues, and he has alleged a prima facie case that the senior lienholder and its agents violated the automatic stay in conducting a foreclosure sale of the property after the petition date. He has not, however, shown cause for shortening time on the hearing as drastically as requested. Debtor indicates that the sale has already occurred, so there is no action for the court to restrain

at this point. If the sale is void, it remains void even if the motion is heard on a later date. That said, the court will set this matter for a status conference on **May 2, 2013, at 10:00 a.m.** Debtor shall serve a copy of this order by fax and by mail on those entities against whom he seeks relief no later than April 19, 2013.

Because Debtor's claims arise from an asserted security interest in property, he shall file his schedules reflecting this and other property interests no later than April 26, 2013.[1]

\* \* \* END OF ORDER \* \* \*

---

[1] On March 19, 2013, the court issued an order directing him to file certain documents required by Bankruptcy Code section 521(i)(3). On April 2, 2013, Debtor requested an extension of time to file his schedules. By this order, the court is extending the time for those documents identified in the March 19 order to April 26, 2013.

|    | Court Service List |
|----|---|
| 1  |   |
| 2  | Mark Wilson |
| 3  | 733 Glenmere Way |
|    | Redwood City, CA 94062 |
| 4  |   |

-3-